FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00427-CV

**IN RE** Gustavo **GARCIA-SILLER**, Archbishop of the Archdiocese of San Antonio, and Acting on Behalf of the Archdiocese of San Antonio, and Anita Valencia, as Independent Administrator of the Estate of Virgilio Elizondo

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Rebeca C. Martinez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On September 28, 2020, relators filed an opposed second motion requesting emergency relief, asking this court to stay the trial court's August 4, 2020 "Order on Motion to Compel" and all trial court proceedings arising from that order. The motion requesting emergency relief is **DENIED**.

It is so **ORDERED** on September 29, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2015-CI-08589, styled *John Doe v. Roman Catholic Archdiocese of San Antonio, by and through the Apostolic Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores, their predecessors and successors, as Archbishop of the Roman Catholic Archdiocese of San Antonio, Father Jesus Armando Dominguez, the Estate of Father Virgilio Elizondo, Deceased; Bishop Gerald R. Barnes, his predecessors and successors, as Bishop of the Diocese of San Bernardino, in its assumed or common name; the Roman Catholic Bishop of San Bernardino, a Corporate sole aka Diocese of San Bernardino*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.